

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Kirk Joseph # G-27584
(Name of Plaintiff)

CMC  P.O. Box 8101
(Address of Plaintiff)

San Luis Obispo, CA 93409

vs.

_____

_____

_____
(Names of Defendants)

1:25-cv-01202-HBK (PC)
(Case Number)

COMPLAINT

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner: ☐ Yes  ☑ No

    B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiff _____

            Defendants _____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Rev'd 5/99

1

2. Court (if Federal Court, give name of District; if State Court, give name of County)

_____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?   ☑ Yes   ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?
   ☑ Yes   ☐ No

   If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   ☑ Yes   ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant **BENJAMIN DENTON SCHNEIDER** is employed as **PRIMARY CLINICAL DOCTOR** at **CALIFORNIA MEDICAL FACILITY**

B. Additional defendants **DANIEL CUEVA WARDEN @ CALIFORNIA MEDICAL FACILITY, LANDON BRAVO ADA COORDINATOR @ CMF MARTINEZ DIET KITCHEN SUPERVISOR @ CALIFORNIA MEDICAL FACILITY. LEE DIET KITCHEN SUPERVISOR @ C.M.F LARBAGA DIET KITCHEN SUPERVISOR @ CALIFORNIA MEDICAL FACILITY.**

ATTACHMENT: STATEMENT OF CLAIM:
ON 11-3-2025 @ APROXIMATELY 12:45P.M WHILE IN THE CARE/CUSTODY OF CALIFORNIA MEDICAL FACILITY WARDEN DANIEL CUEVA MALICIOUS & SADISTIC USE OF FORCE WAS INFLICTED ON ME BY WARDEN DANIEL CUEVA STAFF KITCHEN STAFF MARTINEZ, LARBAGA & LEE WHO HAD ME & A CO-WORKER INMATE ROBERT ELLIS DO A TASK WE HAD NO BUSINESS DOING BUT BECAUSE IT WAS A DIRECT ORDER BY STAFF WE FOLLOWED DIRECTIVES AND MOVED A 800 POUND INDUSTRIAL REFRIGERATOR, WE BOTH ASKED TO USE SOME TYPE OF MOVING EQUIPMENT LIKE A DOLLY OR SOMETHING @ LEAST IN ORDER TO COMPLETE THE TASK SAFELY, BUT WE WERE TOLD "NO" SO WITHOUT ANY MOVING EQUIPMENT WE FOLLOWED DIRECTIVES WHICH ONLY RESULTED IN THE MASSIVE INDUSTRIAL REFRIGERATOR FALLING ON ME INFLICTING UNNECESSARY WANTON PAIN & SEVERE DAMAGE ON MY LIFE ALL BECAUSE STATE EMPLOYEES VIOLATED MY CONSTITUTIONAL RIGHT. CDCR HAS TAKEN FULL LIABILITY OF THE INCIDENT, BUT ONLY UNTIMELY & DELAYED MEDICAL TREATMENT HAVE BEEN IMPOSED. THE DAMAGE HAS ROBBED ME DRY & THIS IS ALL BECAUSE OF MY THAN PRIMARY CLINICAL PHYSICIAN BENJAMIN DENTON SCHNEIDER & ADA CO-ORDINATOR LANDON BRAVO WHO HAD THE POWER TO HELP ELEVIATE & RELIEVE MUCH OF THE SUFFERING I WAS UNDER GOING BUT MY HARDSHIPS WERE OVERLOOKED. THESE DELEBRATE INDIFFERENCE INFLICTED ON ME HAS MARKED ME AS A PROGRAM FAILURE & HAVE PUT ME IN A VERY DARK DARK PLACE & THIS IS ALL BECAUSE THE WARDEN OF CMF & HIS STAFF UNJUSTIFIABLY INFLICTED CRUEL & UNUSUAL PUNISHMENT ON ME.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I WOULD LIKE THE COURTs TO HELP ME SEEK OUT JUSTICE ON MY BEHALF FOR THE INJUSTICERS CDCR HAS DONE TO ME THROUGH THE OPTIONS AVAILABLE FOR ME THAT BEST FITS.

Signed this 3RD day of SEPTEMBER, 20 25.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

9/13/2025
(Date)

_____
(Signature of Plaintiff)

3

# Proof of Service

I hereby declare that on **9/13/2025**, I personally filed the following documents with the Clerk of the Court of **Eastern District Federal Court** ~~County, State of California~~ by placing a true copy thereof enclosed in a postage paid, fully sealed envelope addressed to the above aforementioned court. The envelope was personally placed by myself in an authorized U.S. Mail receptacle at the California Men's Colony State Prison located at Colony Drive HWY 1 North, San Luis Obispo, California, 93409:

The following documents were enclosed in above aforementioned sealed envelope:

1.) **Civil Rights Complaint 1983**
2.) _____
3.) _____

I mailed the above documents to the following party(ies) and their associated business addresses:

_____     _____
_____     _____
_____     _____
_____     _____

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on this date **5/13/2025**, in San Luis Obispo, California.

**KIRK MICHAEL JOSEPH**                    _[signature]_
**Petitioner's Name**                              **Signature**

California Men's Colony
CDCR# **G-27584**

San Luis Obispo, CA 93409

**Prison Mailbox Rules**

Under the "Prison Mailbox Rule" a prisoner's legal document is deemed filed for the statue of limitation purposes "When he/she hands it over to prison authorities for mailing. [Houston v. Lack (1988) 487 U.S. 266, 274; Huizor v. Carey (9th Cir 2001) 273 F.3d 1220, 122]"
The mailbox rule applies to prisoners filing both federal and state court documents [Huizar, 273 F. 3d at p.1223]